UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

Victor L. Glenn,
       Plaintiff,

vs.

Lexis Nexis,
       Defendant,

(Enter above the full name of the Defendant(s) in this action.)

Case No.: 2:22-cv-00090-JPH-MG
(TO BE SUPPLIED BY THE CLERK)

**FILED**
03/08/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT

## I. PARTIES

The names and addresses of each plaintiff and defendant are as follows:

A. Plaintiff:
   Name: Victor L. Glenn
   Identification Number: #953500
   Address: W.V.C.F. P.O. Box 1111
   Carlisle, IN 47838

B. Defendant(s)
   Name: Lexis Nexis
   Title: C.E.O
   Address: 33 W. Monroe St.
   Chicago, IL 60603

   Name: _____
   Title: _____
   Address: _____

BK3

Name _____

Title _____

Address _____

_____

(Identify additional plaintiffs and defendants on a separate sheet of paper using this same outline)

## II.   STATEMENT OF JURISDICTION AND PREVIOUS LAWSUITS:

Jurisdiction over this action exists in the United States District Court for the Southern District of Indiana because ___No other Lawsuits over this matter,___

_____

_____

_____

If the same facts alleged or claims made in this suit have been previously presented to any other state or federal court in an earlier suit, for each such earlier suit identify the parties, the Court in which it was filed, the docket number assigned to the suit, the status of such earlier suit, (for example: pending, dismissed, set for trial, on appeal, etc.). and the nature of the disposition if the earlier case is closed.

_____

_____

_____

_____

IV.  CAUSE OF ACTION

State which of your constitutional or federal rights, privileges or immunities have been violated and summarize in one or two sentences <u>what the defendant(s) did to violate your rights in that regard.</u>  If you are claiming that more than one of your constitutional rights were violated, use a separate paragraph (ground) for each right, privilege or immunity which was violated. If you have more than three (3) grounds, identify them in a separate attached piece of paper.

BK3

Ground 1: My Juvenile record is exposed to the public

Ground 2: My whole juvenile record should not be open to public records. Every charge I had as a juvenile is on Lexis Nexis.

Ground 3: _____

(Identify additional grounds on a separate sheet of paper)

## V. STATEMENT OF FACTS

State here the FACTS of your case. You should outline both the facts on which your suit is based and the particular role of each defendant in those circumstances.

On February 24, 2022 I Victor Glenn #953500 was searching Lexis Nexis about my appeal. I read my case and saw that my juvenile records was fully exposed

BK3

from 1992 to 1995. Juvenile records are not allowed to be public records. My complete Juvenile history and adult history of incarceration is exposed on Lexis Nexis. I am seeking $1,200,000 for exposing my Juvenile record to the public. I was not waived as an adult for the charges exposed. records young as I was, 12 years old was exposed, and young as 13, 14, 15, and 16 years old also.

## VI. RELIEF

State exactly what relief or action you are requesting through this lawsuit.

I am seeking #1,200,000 in relief for exposing my Juvenile record, and to remove my Juvenile record out of my case log.

## AFFIRMATION OF PLAINTIFF

I, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in this complaint and that I believe them to be true and correct to the best of my personal knowledge and belief.

Signed this 24th day of February, 2022

Victor L. Glen
Plaintiff

BK3