UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| VICTOR L. GLENN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:22-cv-00090-JPH-MG ) |
| LEXIS NEXIS CEO, | ) ) |
| Defendant. | ) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Defendant and against Plaintiff. This action is dismissed without prejudice.

Date: 8/18/2022

Roger A. G. Sharpe, Clerk

By: _____
Deputy Clerk, U.S. District Court

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

VICTOR L. GLENN
953500
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838